UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-39(01)RM |
| ) | |
| BRANDON MOYER ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 27, 2008 [Doc. No. 9]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Brandon Moyer's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1344.

SO ORDERED.

ENTERED:   June 16, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court